UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| MAJOR EUGENE REED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:06-CV-75 CAS |
| ) | |
| CENTRAL TRANSPORT, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon review of the Court file, the Court notes that defendants Central Transport International, Inc. (incorrectly identified in the complaint as Central Transport, Inc.) and JWA, Inc. have failed to timely file an answer or responsive pleading in this case.

**IT IS HEREBY ORDERED** that plaintiff shall, within fourteen (14) days of the date of this order, file appropriate motions for entry of default by the Clerk of the Court under Federal Rule of Civil Procedure 55(a) and, if appropriate, for default judgment under Rule 55(b), supported by all necessary affidavits and documentation for the Court's consideration. **Failure to comply with this order may result in dismissal of the claims against defendants in this matter without prejudice.**

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 25th day of September, 2006.