UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| MAJOR EUGENE REED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:06-CV-75 CAS |
| v. ) | |
| ) | |
| CENTRAL TRANSPORT, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on review of the file.

The Complaint herein was filed on June 1, 2006. The record does not reflect proof of service of summons and complaint on defendant Bill Blaess. See Fed. R. Civ. P. 4(m).

**IT IS HEREBY ORDERED** that plaintiff is directed promptly to serve defendant Bill Blaess and file proof of such service within thirty (30) days of the date of this Order. Failure to comply with Rule 4(m) of the Federal Rules of Civil Procedure and this order will result in dismissal without prejudice of the claims against defendant Blaess.

_/s/ Charles A. Shaw_
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 25th day of September, 2006.