UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| MAJOR EUGENE REED, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:06-CV-75 CAS ) |
| CENTRAL TRANSPORT, INC., et al., | ) ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

This matter is before the Court upon review of the file. On November 22, 2006, this Court ordered plaintiff to file an Amended Complaint to clarify questions concerning defendants Bill Blaess and JWA, Inc. Plaintiff has not done so. Therefore, in accordance with the Court's order of November 22, 2006,

**IT IS HEREBY ORDERED** that defendants Bill Blaess and JWA, Inc. are dismissed from this action.

                                                                              **CHARLES A. SHAW**
                                                                              **UNITED STATES DISTRICT JUDGE**

Dated this 22nd day of December, 2006.