UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| MAJOR EUGENE REED, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:06-CV-75 CAS |
| CENTRAL TRANSPORT, INC., et al., | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on plaintiff's Motion for Reconsideration of the Court's Memorandum and Order dated December 22, 2006, which dismissed defendants Bill Blaess and JWA, Inc.

**IT IS HEREBY ORDERED** that plaintiff's Motion for Reconsideration is **DENIED**. (Doc. #25).

**IT IS FURTHER ORDERED** that plaintiff's Motion for Issuance of Summons on Defendant Bill Blaess is **DENIED** as moot. (Doc. #21).

Dated this 25th day of January, 2007.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**