# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| MAJOR EUGENE REED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:06-CV-75 CAS |
| ) | |
| CENTRAL TRANSPORT INC., et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This matter is before the Court on an undated document submitted by plaintiff Major Eugene Reed received by the Court on June 20, 2007, in which plaintiff requests the Court to "eliminate mediation."

Federal Rule of Civil Procedure 5(d) requires that all papers include a certificate of service, to reflect that a copy was sent to opposing counsel, as required by Rule 5(a), Fed. R. Civ. P. An acceptable certificate of service could state, "I certify that a copy of the foregoing was mailed, postage prepaid, in the U.S. Mail on this ____ day of June, 2007, to: Mr. Charles Jellinek, 211 N. Broadway, Suite 3600, St. Louis, Missouri 63102-2750," with plaintiff's signature following the certificate of service. A certificate of service in approximately this format must be included on every document submitted to the Court for filing, or the document will be returned to plaintiff without filing.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall return to plaintiff the undated document received June 20, 2007 because it lacks a certificate of service as required by Rules 5(a) and (d), Fed. R. Civ. P.

**IT IS FURTHER ORDERED** that the Clerk shall delete the entry for the undated document from the record. [Doc. 31]

**IT IS FURTHER ORDERED** that in the future, all documents submitted by plaintiff shall include a certificate of service as stated in this Order, or the documents will be returned to plaintiff without filing.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  28th  day of June, 2007.